# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:16-cv-01502-SVW-E | Date | November 4, 2016 |
|---|---|---|---|
| Title | Mendamar Lkhagvadorj v. Directv, LLC | | |

## JS - 6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:** IN CHAMBERS ORDER MOVING CASE TO INACTIVE CALENDAR PENDING SETTLEMENT

The Court, having granted the request to mediate the case before the assigned Magistrate Judge, vacates all previously set dates

The Court moves the matter to the inactive calendar pending mediation. Should the case not settle at mediation, the parties shall immediately notify the Court, in writing, and request that the matter be restored to the active calendar.

Once the case is restored to the active calendar, it will be set for trial on an expedited basis.

:

Initials of Preparer     PMC