JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| MENDAMAR LKHAGVADORJ, | Case No. 2:16-cv-01502-SVW-AS |
|---|---|
| Plaintiff, | **JUDGMENT** |
| v. | |
| DIRECTV, LLC, | Date Action Filed: March 3, 2016<br>Pretrial Conference: November 27, 2017 |
| Defendant. | Trial Date: November 28, 2017 |

The Court has reviewed the Parties' Stipulation and Joint Motion That the Court Enter Judgment in Favor Of Plaintiff filed November 16, 2017. Good cause appearing, the Court hereby GRANTS the Parties' Stipulation and Joint Motion.

The issues having been fully considered, IT IS ORDERED AND ADJUDGED that

1) Plaintiff Lkhagvadorj shall recover judgment against Defendant DirecTV, LLC in the amount of $25,706.19.
2) The deadline for filing any petition, bill or motion to recover costs and/or attorneys' fees shall be tolled pending any appeal of the Final Judgment entered by the Court, or until the Parties otherwise finally resolve this dispute, whichever occurs first.

///

The Court vacates all pending dates.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: November 21, 2017   By: _____
                               Hon. Stephen V. Wilson